## 29391. ALLEN v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 26, 1974.

Randall A. Allen, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Gunter and Ingram, JJ., concur specially.*